## JOSEPH B. WHEWELL ET AL. *v.* HIGHWAY COMMISSIONER

The motion by the plaintiffs for a review of the court's denial of their motion to rectify the appeal from the Superior Court in New London County is denied.

*Francis J. Pavetti,* in support of the motion.

Submitted June 10—decided July 5, 1966

## HARRY W. PRICHETT ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WESTON

Pursuant to the stipulation of the parties, the judgment of the Court of Common Pleas in Fairfield County is set aside and the case is remanded with direction to render judgment for the defendant dismissing the plaintiffs' appeal.

No costs will be taxed in this court in favor of any party.

*Alan H. Nevas,* on behalf of the plaintiffs.

*Bernard Glazer,* on behalf of the defendant.